Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

FILED
AUG 28 REC'D
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Jacob Peterson, Allen Goulding, Curtis Hasselbacher, Arthur Todd McKee, Patrick Lee, Curtis Craig, Michael Steele<br><br>**Plaintiffs,**<br><br>vs.<br><br>Steven Van Opdorp Trucking, Inc. d/b/a Van Opdorp Trucking, Anthony Vanopdorp<br><br>**Defendants.**<br><br>Steven Van Opdorp Trucking, Inc. d/b/a Van Opdorp Trucking, Anthony Vanopdorp,<br><br>**Third-Party Plaintiffs,**<br><br>vs.<br><br>Sean O'Brien<br><br>**Third-Party Defendant.** | Case Number: 18-cv-04187 |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiffs' claims are dismissed with prejudice pursuant to settlement. Third-Party Plaintiffs' claims are dismissed without prejudice as moot. This case is closed.

**Dated:** 8/28/19

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court